```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        JACKSONVILLE DIVISION
```

DEBRA TAYLOR JOHNSON,

                Plaintiff,

vs.                                    Case No.   3:06-cv-341-J-33TEM

STEIN MART, INC.,

                Defendant.
_____/

## ORDER

This cause comes before the Court pursuant to Defendant's Motion to Strike Plaintiff's Jury Demand on Plaintiff's Claims Under the Sarbanes-Oxley Act (Doc. # 5), filed on June 5, 2006. Plaintiff's Response (Doc. # 6) was filed on June 19, 2006.

Defendant moves to strike Plaintiff's jury demand on her claims under the Sarbanes-Oxley Act. Both parties agree that the law remains uncertain whether the Sarbanes-Oxley Act provides for a trial by jury on such claims. As an alternative to ruling on the merits of Defendant's Motion, both parties agree that given the uncertainty in the state of the law, the Court could deny Defendant's motion without prejudice so that this issue may be determined at a date closer to the trial in this matter.

When considering this precise issue, the Southern District of Florida denied without prejudice Defendant's Motion to Strike and instructed Defendant to bring the motion again if all of the parties' dispositive motions were denied before trial. Hanna v.

WCI Cmtys., Inc., 348 F. Supp. 2d 1332 (S.D. Fla. 2004); see also Fraser v. Fiduciary Trust Co. Int'l, 417 F. Supp. 2d 310 (S.D.N.Y. 2006)(same); but see Murray v. TXU Corp., 2005 U.S. Dist. LEXIS 10945 (N.D. Tex. 2005)(granting motion to strike jury demand on SOX claim but noting that the Court would consider a request to convene an advisory jury).  This Court finds that Defendant's Motion to Strike is due to be denied without prejudice; however, for the reasons stated in Hanna and Fraser, Defendant may bring its Motion again prior to trial if all of the parties' dispositive motions have been denied.

Accordingly, it is now

**ORDERED, ADJUDGED** and **DECREED:**

Defendant's Motion to Strike Plaintiff's Jury Demand on Plaintiff's Claims Under the Sarbanes-Oxley Act (Doc. # 5) is **DENIED without prejudice**.

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida, this 19th day of November, 2006.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record